AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fricke, Theresa L. | U.S. District Court for the Western District of Washington | 06/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (active full-time) | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
1717 Pacific Ave.
Tacoma, WA 98402
Room 3100

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Hester Law Group, Inc. P.S. W-2 Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. JPMorgan US Government Money Market Fund (QVESQ) | A | Dividend | J | T | | | | | |
| 3. Blackrock Index Fds Inc (BTMKX) | A | Dividend | K | T | Buy (add'l) | 01/29/18 | J | | |
| 4. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 5. | | | | | Sold (part) | 06/13/18 | J | A | |
| 6. | | | | | Sold (part) | 08/15/18 | J | A | |
| 7. | | | | | Sold (part) | 10/17/18 | J | A | |
| 8. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 9. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 10. Brown Advisory Fds (BAFHX) | A | Dividend | J | T | Sold (part) | 06/12/18 | J | B | |
| 11. | | | | | Sold (part) | 07/11/18 | J | A | |
| 12. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 13. | | | | | Sold (part) | 10/17/18 | J | A | |
| 14. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 15. Dodge & Cox Funds International Stock Fund (DODFX) | A | Dividend | J | T | Sold (part) | 09/24/18 | J | A | |
| 16. | | | | | Sold (part) | 10/17/18 | J | A | |
| 17. | | | | | Buy (add'l) | 12/18/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Salem Str Tr (FXAIX) | A | Dividend | K | T | Buy | 02/12/18 | J | | |
| 19. | | | | | Buy (add'l) | 02/22/18 | J | | |
| 20. | | | | | Sold (part) | 11/05/18 | J | A | |
| 21. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 22. Harris Assoc Invt Tr (OANMX) | A | Dividend | J | T | Sold (part) | 10/18/18 | J | A | |
| 23. | | | | | Buy (add'l) | 11/05/18 | J | | |
| 24. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 25. iShares MSCI EAFE EFT (EFA) | A | Dividend | | | Sold (part) | 06/14/18 | J | A | |
| 26. | | | | | Sold (part) | 07/11/18 | J | A | |
| 27. | | | | | Sold | 08/17/18 | J | A | |
| 28. iShares Inc (EWJ) | A | Dividend | J | T | | | | | |
| 29. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 30. | | | | | Sold (part) | 09/21/18 | J | A | |
| 31. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 32. JP Morgan Exchange (BBAX) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 33. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 34. | | | | | Sold (part) | 12/17/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Exchange (BBEU) | A | Dividend | J | T | Buy | 08/15/18 | J | | |
| 36. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 37. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 38. JP Morgan Exchange (BBJP) | A | Dividend | J | T | Buy | 07/11/18 | J | | |
| 39. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 40. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 41. JP Morgan Tr I (JUEMX) | B | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 42. | | | | | Sold (part) | 10/17/18 | J | A | |
| 43. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 44. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 45. Massachusetts Invs Tr (MITIX) | A | Dividend | | | Merged (with line 46) | 05/11/18 | J | | |
| 46. Massachusetts Invs Tr (MITJX) | B | Dividend | J | T | Buy | 05/11/18 | J | | |
| 47. | | | | | Sold (part) | 10/17/18 | J | A | |
| 48. MFS SER Tr I (MRSKX) | A | Dividend | J | T | Sold (part) | 08/15/18 | J | A | |
| 49. | | | | | Sold (part) | 09/21/18 | J | A | |
| 50. | | | | | Sold (part) | 10/17/18 | J | A | |
| 51. | | | | | Buy (add'l) | 11/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Six Circles Tr (CIUEX) | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 53. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 54. Six Circles Tr (CUSUX) | A | Dividend | K | T | Buy | 10/17/18 | J | | |
| 55. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 56. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | K | T | | | | | |
| 57. Vanguard Intl Equity (VGK) | A | Dividend | | | Sold | 06/12/18 | J | A | |
| 58. Vanguard Index Tr (VFIAX) | B | Dividend | L | T | Sold (part) | 08/15/18 | J | A | |
| 59. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 60. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 61. American Century Mun Tr (ATBYX) | B | Dividend | K | T | Buy (add'l) | 03/16/18 | J | | |
| 62. | | | | | Sold (part) | 11/02/18 | J | A | |
| 63. | | | | | Sold (part) | 12/17/18 | J | A | |
| 64. Bernstein Sanford C Fd Inc (AIDYX) | A | Dividend | | | Buy (add'l) | 03/16/18 | J | | |
| 65. | | | | | Merged (with line 66) | 08/10/18 | J | | |
| 66. Bernstein Sanford C FD (AIDZX) formerly (AIDYX) | A | Dividend | L | T | Sold (part) | 11/02/18 | J | A | |
| 67. | | | | | Sold (part) | 12/17/18 | J | A | |
| 68. Blackrock Mun Bd Fd Inc (BNMLX) | A | Dividend | K | T | Buy (add'l) | 11/02/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/17/18 | J | A | |
| 70. Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | Buy | 01/29/18 | J | | |
| 71. | | | | | Sold (part) | 11/02/18 | J | A | |
| 72. | | | | | Sold (part) | 12/17/18 | J | A | |
| 73. iShares Trust (SHY) | A | Dividend | K | T | Buy | 06/12/18 | J | | |
| 74. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 75. John Hancock Income Fund Cl 1 (JSTIX) | A | Dividend | | | Sold (part) | 1/29/18 | J | A | |
| 76. | | | | | Merged (with line 77) | 4/13/18 | J | | |
| 77. John Hancock Income Fund (JSNWX) formerly (JSTIX) | A | Dividend | J | T | Sold (part) | 11/02/18 | J | A | |
| 78. | | | | | Sold (part) | 12/17/18 | J | A | |
| 79. JP Morgan TR II (JIMIX) | A | Dividend | K | T | Buy (add'l) | 11/02/18 | J | | |
| 80. | | | | | Sold (part) | 12/17/18 | J | A | |
| 81. Lord Abbett Invt Tr (LOLDX) | A | Dividend | | | Sold (part) | 01/29/18 | J | A | |
| 82. | | | | | Sold | 03/16/18 | J | A | |
| 83. Mainstay Fds (MHYSX) | A | Dividend | J | T | Sold (part) | 01/29/18 | J | A | |
| 84. | | | | | Sold (part) | 02/05/18 | J | A | |
| 85. | | | | | Sold (part) | 02/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 11/02/18 | J | A | |
| 87. | | | | | Sold (part) | 12/17/18 | J | A | |
| 88. Pimco Low Duration Fund (PTLDX) | A | Dividend | K | T | Sold (part) | 01/29/18 | K | A | |
| 89. | | | | | Sold (part) | 02/05/18 | J | A | |
| 90. | | | | | Sold (part) | 02/09/18 | J | A | |
| 91. | | | | | Sold (part) | 12/17/18 | J | A | |
| 92. Pimco Total Return Fund (PTTRX) | A | Dividend | J | T | Sold (part) | 02/05/18 | J | A | |
| 93. | | | | | Sold (part) | 11/02/18 | J | A | |
| 94. | | | | | Sold (part) | 12/17/18 | J | A | |
| 95. Rowe T Price Intl Fds Inc (PRXIX) | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 96. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 97. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 98. Six Circles Tr (CUTAX) | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 99. | | | | | Sold (part) | 11/02/18 | J | A | |
| 100. | | | | | Sold (part) | 12/17/18 | J | A | |
| 101. T Rowe Price Summit (PRSMX) | A | Dividend | K | T | Buy (add'l) | 11/02/18 | J | | |
| 102. | | | | | Sold (part) | 12/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Tax Exempt Bd Fd Amer (TFEBX) | A | Dividend | K | T | Buy | 01/29/18 | K | | |
| 104. | | | | | Buy (add'l) | 02/05/18 | J | | |
| 105. | | | | | Sold (part) | 11/02/18 | J | A | |
| 106. | | | | | Sold (part) | 12/17/18 | J | A | |
| 107.  Vanguard Short Term (VTIP) | A | Dividend | J | T | Buy | 02/05/18 | J | | |
| 108. | | | | | Sold (part) | 03/16/18 | J | A | |
| 109. | | | | | Sold (part) | 12/17/18 | J | A | |
| 110.  Pimco Short Term Fund (PTSHX) | A | Dividend | | | Buy | 02/21/18 | J | | |
| 111. | | | | | Buy (add'l) | 06/12/18 | J | | |
| 112. | | | | | Sold | 10/17/18 | J | A | |
| 113.  Checking & Savings Accounts (H) | | | | | | | | | |
| 114.  JP Morgan Chase Bank N.A. | A | Interest | J | T | | | | | |
| 115.  JP Morgan Chase Bank N.A. | A | Interest | L | T | | | | | |
| 116.  JP Morgan Chase Bank N.A. | A | Interest | J | T | | | | | |
| 117.  Brokerage #2 SEP (H) | | | | | | | | | |
| 118.  JP Morgan US Government (QVESQ) | A | Dividend | J | T | | | | | |
| 119.  Abbott Laboratories (ABT) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L.. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 121. | | | | | Sold | 04/11/18 | J | A | |
| 122. Accenture PLC Ireland (ACN) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 123. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 124. Adobe Systems Inc (ADBE) | A | Dividend | J | T | | | | | |
| 125. Agilent Technologies Inc (A) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 126. | | | | | Sold (part) | 05/03/18 | J | A | |
| 127. | | | | | Sold (part) | 05/04/18 | J | A | |
| 128. | | | | | Sold (part) | 11/01/18 | J | A | |
| 129. | | | | | Sold | 11/02/18 | J | A | |
| 130. Allegion Public Limited (ALLE) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 131. Allergan PLC (AGN) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 132. | | | | | Sold (part) | 10/11/18 | J | A | |
| 133. | | | | | Sold (part) | 11/29/18 | J | A | |
| 134. | | | | | Sold (part) | 11/30/18 | J | A | |
| 135. | | | | | Sold | 12/04/18 | J | A | |
| 136. Alphabet Inc (GOOGL) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Alphabet Inc (GOOG) | A | Dividend | J | T | Buy (add'l) | 05/09/18 | J | | |
| 138. | | | | | Sold (part) | 12/05/18 | J | A | |
| 139. Amazon (AMZN) | A | Dividend | J | T | | | | | |
| 140. American International (AIG) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 141. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 142. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 143. | | | | | Sold (part) | 09/13/18 | J | A | |
| 144. | | | | | Sold (part) | 09/14/18 | J | A | |
| 145. | | | | | Sold (part) | 09/17/18 | J | A | |
| 146. | | | | | Sold (part) | 10/24/18 | J | A | |
| 147. | | | | | Sold | 10/25/18 | J | A | |
| 148. Anadarko Petroleum Corp (APC) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 149. | | | | | Sold (part) | 02/26/18 | J | A | |
| 150. | | | | | Sold | 02/27/18 | J | A | |
| 151. American Express Company (AXP) | A | Dividend | J | T | Buy | 07/23/18 | J | | |
| 152. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 153. Analog Devices Inc (ADI) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 155. | | | | | Sold (part) | 05/16/18 | J | A | |
| 156. | | | | | Sold (part) | 09/17/18 | J | | |
| 157. | | | | | Buy (add'l) | 09/18/18 | J | | |
| 158. | | | | | Buy (add'l) | 09/19/18 | J | | |
| 159. | | | | | Buy (add'l) | 09/20/18 | J | | |
| 160. Apple Inc (AAPL) | A | Dividend | J | T | Sold (part) | 01/30/18 | J | A | |
| 161. | | | | | Sold (part) | 03/01/18 | J | A | |
| 162. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 163. | | | | | Sold (part) | 04/30/18 | J | A | |
| 164. APITV PLC (APTV) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 165. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 166. | | | | | Buy (add'l) | 05/03/18 | J | | |
| 167. Bank New York Mellon Corp (BK) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 168. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 169. | | | | | Buy (add'l) | 02/27/18 | J | | |
| 170. | | | | | Sold (part) | 10/11/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/12/18 | J | A | |
| 172. | | | | | Sold | 10/15/18 | J | A | |
| 173. Automatic Data (ADP) | A | Dividend | J | T | Buy | 10/25/18 | J | | |
| 174. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 175. Bank of America Corp (BAC) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 176. | | | | | Buy (add'l) | 02/08/18 | J | | |
| 177. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 178. | | | | | Sold (part) | 12/05/18 | J | A | |
| 179. Berkshire Hathaway Inc (BRKB) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 180. | | | | | Buy (add'l) | 09/13/18 | J | | |
| 181. | | | | | Buy (add'l) | 10/18/18 | J | | |
| 182. | | | | | Sold (part) | 12/05/18 | J | A | |
| 183. Biogen Inc (BIIB) | A | Dividend | J | T | Buy (add'l) | 10/12/18 | J | | |
| 184. Blackrock Inc (BLK) | A | Dividend | | | Sold | 01/17/18 | J | A | |
| 185. Blackrock Index Fds Inc (BTMKX) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 186. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 187. | | | | | Sold (part) | 02/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 189. | | | | | Sold (part) | 06/13/18 | J | A | |
| 190. | | | | | Sold (part) | 08/15/18 | J | B | |
| 191. | | | | | Sold (part) | 08/24/18 | J | A | |
| 192. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 193. Boston Scientific Group (BSX) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 194. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 195. | | | | | Sold (part) | 12/05/18 | J | A | |
| 196. Bristol Myers Squibb Co (BMY) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 197. | | | | | Sold (part) | 03/01/18 | J | A | |
| 198. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 199. | | | | | Sold (part) | 12/05/18 | J | A | |
| 200. Broadcom Limited (AVGO) | A | Dividend | J | T | Sold (part) | 05/16/18 | J | A | |
| 201. Brown Advisory Fds (BAFHX) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 202. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 203. | | | | | Sold (part) | 06/13/18 | J | A | |
| 204. | | | | | Sold (part) | 07/13/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 206. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 207. | | | | | Sold (part) | 09/24/18 | J | A | |
| 208. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 209. Celgene Group (CELG) | A | Dividend | J | T | Buy (add'l) | 04/20/18 | J | | |
| 210. Charles Schwab Corp New (SCHW) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 211. | | | | | Sold (part) | 03/01/18 | J | A | |
| 212. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 213. Charter Communications (CHTR) | A | Dividend | J | T | Buy (add'l) | 04/20/18 | J | | |
| 214. Chubb LTD (CB) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 215. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 216. Cigna Corporation (CI) | A | Dividend | | | Sold | 02/27/18 | J | A | |
| 217. Citigroup Inc (C) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 218. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 219. | | | | | Sold (part) | 12/05/18 | J | A | |
| 220. CMS Energy Corp (CMS) | A | Dividend | | | Sold (part) | 01/16/18 | J | A | |
| 221. | | | | | Sold (part) | 01/17/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 01/18/18 | J | A | |
| 223. Coca Cola Company (KO) | A | Dividend | J | T | Buy | 04/19/18 | J | | |
| 224. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 225. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 226. | | | | | Buy (add'l) | 04/24/18 | J | | |
| 227. Comcast Corp (CMCSA) | A | Dividend | J | T | Buy (add'l) | 01/16/18 | J | | |
| 228. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 229. | | | | | Sold (part) | 01/18/18 | J | A | |
| 230. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 231. | | | | | Sold (part) | 04/18/18 | J | A | |
| 232. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 233. Concho Resources Inc (CXO) | A | Dividend | | | Sold (part) | 03/14/18 | J | A | |
| 234. | | | | | Sold | 05/24/18 | J | A | |
| 235. Delphi Technologies PLC (DLPH) | A | Dividend | | | Sold | 01/31/18 | J | A | |
| 236. Delta Airlines Inc Del (DAL) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 237. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 238. | | | | | Sold (part) | 12/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Diamonback Energy Inc (FANG) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 240. Dish Network Corp (DISH) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 241. | | | | | Sold (part) | 07/23/18 | J | A | |
| 242. | | | | | Sold | 07/24/18 | J | | |
| 243. Dodge & Cox Funds (DODFX) | A | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 244. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 245. | | | | | Sold (part) | 09/24/18 | J | A | |
| 246. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 247. Dollar Tree Inc (DLTR) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 248. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 249. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 250. Dowdupont Inc (DWDP) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 251. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 252. | | | | | Buy (add'l) | 04/11/18 | J | | |
| 253. | | | | | Sold (part) | 12/05/18 | J | A | |
| 254. Eastman Chemical Co (EMN) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 255. | | | | | Buy (add'l) | 03/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/05/18 | J | A | |
| 257. | | | | | Sold (part) | 12/14/18 | J | A | |
| 258. | | | | | Sold (part) | 12/17/18 | J | A | |
| 259. | | | | | Sold (part) | 12/18/18 | J | A | |
| 260. | | | | | Sold (part) | 12/19/18 | J | A | |
| 261. | | | | | Sold (part) | 12/20/18 | J | A | |
| 262. | | | | | Sold | 12/21/18 | J | A | |
| 263. Electronic Arts Inc (EA) | A | Dividend | J | T | Buy | 09/25/18 | J | | |
| 264. | | | | | Buy (add'l) | 11/29/18 | J | | |
| 265. | | | | | Buy (add'l) | 11/30/18 | J | | |
| 266. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 267. | | | | | Sold (part) | 12/05/18 | J | A | |
| 268. Eli Lilly & Co (LLY) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 269. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 270. | | | | | Sold (part) | 12/05/18 | J | A | |
| 271. EOG Res Inc (EOG) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 272. EQT Corporation (EQT) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 07/31/18 | J | A | |
| 274. | | | | | Sold (part) | 08/01/18 | J | A | |
| 275. | | | | | Sold | 08/02/18 | J | A | |
| 276. Facebook (FB) | A | Dividend | J | T | Buy (add'l) | 03/20/18 | J | | |
| 277. | | | | | Sold (part) | 09/17/18 | J | A | |
| 278. Fidelity National (FIS) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 279. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 280. | | | | | Sold (part) | 12/05/18 | J | A | |
| 281. Fidelity Salem Str Tr (FXAIX) | A | Dividend | K | T | Buy | 02/12/18 | J | | |
| 282. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 283. | | | | | Sold (part) | 02/28/18 | J | A | |
| 284. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 285. | | | | | Sold (part) | 08/24/18 | J | A | |
| 286. | | | | | Buy (add'l) | 12/04/18 | K | | |
| 287. General Dynamics Corp (GD) | A | Dividend | J | T | Buy (add'l) | 12/18/18 | J | | |
| 288. Gilead Sciences Inc (GILD) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 289. Goldman Sachs Group Inc (GS) | A | Dividend | | | Sold (part) | 12/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 12/28/18 | J | A | |
| 291. Hartford Financial (HIG) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 292. | | | | | Sold | 10/22/18 | J | A | |
| 293. Home Depot Inc (HD) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 294. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 295. | | | | | Sold (part) | 12/05/18 | J | A | |
| 296. Honeywell Intl Inc (HON) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 297. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 298. | | | | | Sold (part) | 12/05/18 | J | A | |
| 299. Ingersoll Rand PLC (IR) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 300. | | | | | Sold (part) | 05/14/18 | J | A | |
| 301. | | | | | Sold | 05/18/18 | J | A | |
| 302. International Exchange (ICE) | A | Dividend | J | T | | | | | |
| 303. International Business (IBM) | A | Dividend | | | Sold (part) | 03/01/18 | J | A | |
| 304. | | | | | Sold (part) | 03/13/18 | J | A | |
| 305. | | | | | Sold (part) | 03/14/18 | J | A | |
| 306. | | | | | Sold (part) | 04/18/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 04/19/18 | J | | |
| 308. iShares Inc (EWJ) | A | Dividend | | | Sold (part) | 03/01/18 | L | A | |
| 309. | | | | | Buy (add'l) | 03/20/18 | L | | |
| 310. | | | | | Sold | 12/05/18 | L | B | |
| 311. iShares MSCI EAFE ETF (EFA) | A | Dividend | | | Sold (part) | 03/01/18 | J | A | |
| 312. | | | | | Sold (part) | 06/14/18 | J | A | |
| 313. | | | | | Sold (part) | 07/16/18 | J | A | |
| 314. | | | | | Sold | 08/16/18 | J | A | |
| 315. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy | 08/14/18 | J | | |
| 316. | | | | | Sold (part) | 09/25/18 | J | A | |
| 317. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 318. JP Morgan Exchange (BBAX) | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 319. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 320. JP Morgan Exchange (BBEU) | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 321. | | | | | Sold (part) | 08/27/18 | J | A | |
| 322. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 323. JP Morgan Exchange (BBJP) | A | Dividend | K | T | Buy | 07/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 325. Keycorp New (KEY) | A | Dividend | K | T | Sold (part) | 03/01/18 | J | A | |
| 326. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 327. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 328. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 329. | | | | | Sold (part) | 12/05/18 | J | A | |
| 330. Kraft Heinz Company (KHC) | A | Dividend | | | Sold (part) | 01/16/18 | J | A | |
| 331. | | | | | Sold | 01/17/18 | J | | |
| 332. Linde PLC (LIN) | A | Dividend | K | T | Buy | 12/14/18 | J | | |
| 333. Lowes Company (LOW) | A | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 334. | | | | | Sold (part) | 06/15/18 | J | A | |
| 335. | | | | | Sold (part) | 12/05/18 | J | A | |
| 336. Martin Marietta (MLM) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 337. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 338. | | | | | Sold (part) | 04/11/18 | J | A | |
| 339. | | | | | Sold | 04/13/18 | J | A | |
| 340. Masco Corporation (MAS) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 342. | | | | | Sold (part) | 10/22/18 | J | A | |
| 343. | | | | | Sold (part) | 10/23/18 | J | A | |
| 344. | | | | | Sold (part) | 10/24/18 | J | A | |
| 345. | | | | | Sold (part) | 10/25/18 | J | A | |
| 346. | | | | | Sold | 10/26/18 | J | A | |
| 347. Marathon Pete Crop (MPC) | A | Dividend | K | T | Buy | 03/13/18 | J | | |
| 348. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 349. | | | | | Buy (add'l) | 03/17/18 | J | | |
| 350. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 351. | | | | | Buy (add'l) | 09/25/18 | J | | |
| 352. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 353. Mastercard Incorporated (MA) | A | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 354. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 355. | | | | | Sold (part) | 12/05/18 | J | | |
| 356. Medtronic PLC (MDT) | A | Dividend | K | T | Buy | 04/11/18 | J | | |
| 357. | | | | | Buy (add'l) | 04/12/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 359. | | | | | Buy (add'l) | 07/23/18 | J | | |
| 360. | | | | | Buy (add'l) | 07/24/18 | J | | |
| 361. Merck & Co Inc (MRK) | A | Dividend | K | T | Sold (part) | 01/18/18 | J | A | |
| 362. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 363. | | | | | Sold (part) | 12/05/18 | J | A | |
| 364. MFS SER TR I (MRSKX) | B | Dividend | J | T | Sold (part) | 02/28/18 | J | A | |
| 365. | | | | | Sold (part) | 08/15/18 | J | B | |
| 366. | | | | | Sold (part) | 08/24/18 | J | A | |
| 367. | | | | | Sold (part) | 09/24/18 | J | A | |
| 368. Metlife Inc (MET) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 369. | | | | | Sold (part) | 02/26/18 | J | A | |
| 370. | | | | | Sold (part) | 02/27/18 | J | A | |
| 371. | | | | | Sold | 02/28/18 | J | A | |
| 372. Microchip Technology Inc (MCHIP) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 373. | | | | | Sold (part) | 09/17/18 | J | A | |
| 374. | | | | | Sold (part) | 09/18/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 09/19/18 | J | A | |
| 376. Microsfot Corp (MSFT) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 377. Molson Coors Brewing (TAP) | A | Dividend | | | Sold (part) | 1/18/18 | J | A | |
| 378. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 379. | | | | | Sold (part) | 04/19/18 | J | A | |
| 380. | | | | | Sold (part) | 04/20/18 | J | A | |
| 381. | | | | | Sold | 04/23/18 | J | A | |
| 382. Mondelez International (MDLZ) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 383. Morgan Stanely (MS) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 384. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 385. | | | | | Sold (part) | 12/05/18 | J | A | |
| 386. Netflix (NFLX) | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 387. Nextera Energy Inc (NEE) | A | Dividend | J | T | Buy (add'l) | 07/24/18 | J | | |
| 388. Nike (NKE) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 389. | | | | | Sold (part) | 08/28/18 | J | A | |
| 390. | | | | | Sold (part) | 08/29/18 | J | A | |
| 391. Nisource Inc (NI) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 393. | | | | | Sold (part) | 08/06/18 | J | A | |
| 394. Norfolk Southern Corp (NSC) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 395. | | | | | Buy (add'l) | 03/13/18 | J | | |
| 396. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 397. | | | | | Buy (add'l) | 05/18/18 | J | | |
| 398. | | | | | Buy (add'l) | 05/21/18 | J | | |
| 399. Northrop Grumman Corp (NOC) | A | Dividend | J | T | | | | | |
| 400. Nvidia Corp (NVDA) | A | Dividend | J | T | Buy (add'l) | 10/11/18 | J | | |
| 401. O Reilly Automotive Inc (ORLY) | A | Dividend | J | T | Sold (part) | 10/29/18 | J | A | |
| 402. Occidential Pete Corp (OXY) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 403. | | | | | Sold (part) | 03/01/18 | J | A | |
| 404. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 405. | | | | | Buy (add'l) | 08/13/18 | J | | |
| 406. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 407. | | | | | Sold (part) | 12/05/18 | J | A | |
| 408. Parker Hannifin Corp (PH) | A | Dividend | J | T | Buy | 01/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 410. Paypal Holdings Inc (PYPL) | A | Dividend | J | T | Buy | 01/31/18 | J | | |
| 411. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 412. | | | | | Buy (add'l) | 01/31/18 | J | | |
| 413. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 414. Pepsico Inc (PEP) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 415. | | | | | Sold (part) | 03/01/18 | J | A | |
| 416. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 417. | | | | | Buy (add'l) | 05/24/18 | J | | |
| 418. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 419. | | | | | Sold (part) | 12/05/18 | J | A | |
| 420. Pfizer Inc (PFE) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 421. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 422. | | | | | Sold (part) | 12/05/18 | J | A | |
| 423. Phillip Morris (PM) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 424. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 425. | | | | | Sold (part) | 05/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L.. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 05/25/18 | J | A | |
| 427. | | | | | Buy (add'l) | 10/29/18 | J | | |
| 428. | | | | | Buy (add'l) | 10/30/18 | J | | |
| 429. | | | | | Sold (part) | 12/05/18 | J | A | |
| 430. Pioneer Natural Resources (PXD) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 431. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 432. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 433. | | | | | Sold | 12/05/18 | K | D | |
| 434. Prudential Financial Inc (PRU) | A | Dividend | J | T | Buy | 12/27/18 | J | | |
| 435. | | | | | Buy (add'l) | 12/28/18 | J | | |
| 436. Ross Stores Inc (ROST) | A | Dividend | J | T | Buy | 12/13/18 | J | | |
| 437. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 438. | | | | | Buy (add'l) | 12/19/18 | J | | |
| 439. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 440. Salesforce.com Inc (CRM) | A | Dividend | J | T | Buy | 04/19/18 | J | | |
| 441. | | | | | Buy (add'l) | 04/20/18 | J | | |
| 442. | | | | | Buy (add'l) | 10/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 444. Stanley Black & Decker (SWK) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 445. | | | | | Sold (part) | 03/01/18 | J | A | |
| 446. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 447. SVB Financial Group (SIVB) | A | Dividend | J | T | | | | | |
| 448. Texas Instruments (TXN) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 449. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 450. | | | | | Sold (part) | 05/16/18 | J | A | |
| 451. TJX Companies (TJX) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 452. | | | | | Sold | 01/31/18 | J | A | |
| 453. Twenty First Century Fox (FOXA) | A | Dividend | | | Sold (part) | 01/18/18 | J | A | |
| 454. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 455. | | | | | Sold (part) | 08/13/18 | J | A | |
| 456. | | | | | Sold | 09/25/18 | J | A | |
| 457. Union Pacific Corp (UNP) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 458. | | | | | Buy (add'l) | 02/26/18 | J | | |
| 459. | | | | | Buy (add'l) | 02/27/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. United Continental Holdings Inc (UAL) (Y) | | | | | | | | | |
| 461. United Technologies Corp (UTX) | A | Dividend | J | T | | | | | |
| 462. United Health Group (UNH) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 463. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 464. | | | | | Sold (part) | 12/05/18 | J | A | |
| 465. Vanguard Index TR (VFAIX) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 466. | | | | | Sold (part) | 02/28/18 | J | A | |
| 467. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 468. | | | | | Sold (part) | 08/24/18 | J | A | |
| 469. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 470. Vanguard Intl Equity (VGK) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 471. | | | | | Buy (add'l) | 03/02/18 | J | | |
| 472. | | | | | Sold (part) | 06/14/18 | J | A | |
| 473. Vantiv Inc (VNTV) (Y) | | | | | | | | | |
| 474. Vertex Pharamceuticals (VRTX) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 475. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 476. | | | | | Sold (part) | 12/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. Visa Inc (V) | A | Dividend | J | T | | | | | |
| 478. Walgreens Boots Alliance (WBA) | A | Dividend | | | Sold | 04/11/18 | J | A | |
| 479. Walt Disney CO (DIS) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 480. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 481. | | | | | Sold (part) | 12/05/18 | J | A | |
| 482. Waste Connections Inc (WCN) | A | Dividend | J | T | | | | | |
| 483. Wells Fargo & CO (WFC) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 484. | | | | | Sold (part) | 02/08/18 | J | A | |
| 485. | | | | | Sold (part) | 03/01/18 | J | A | |
| 486. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 487. | | | | | Sold (part) | 08/06/18 | J | A | |
| 488. Wex Inc (WEX) | A | Dividend | J | T | | | | | |
| 489. Workday Inc (WDAY) | A | Dividend | | | Sold | 10/25/18 | J | A | |
| 490. Worldpay Inc (WP) (X) | A | Dividend | J | T | Sold (part) | 03/01/18 | J | A | |
| 491. | | | | | Buy (add'l) | 10/11/18 | J | | |
| 492. Yum Brands Inc (YUM) | A | Dividend | J | T | Buy | 11/29/18 | J | | |
| 493. | | | | | Buy (add'l) | 11/30/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Buy (add'l) | 12/03/18 | J | | |
| 495. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 496.  Zimmer Biomet Holdings (ZBH) | A | Dividend | J | T | Sold (part) | 01/18/18 | J | A | |
| 497. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 498. | | | | | Buy (add'l) | 05/02/18 | J | | |
| 499. | | | | | Buy (add'l) | 11/01/18 | J | | |
| 500. | | | | | Buy (add'l) | 11/02/18 | J | | |
| 501. | | | | | Sold (part) | 12/05/18 | J | A | |
| 502.  Dodge & Cox Income Fund (DODIX) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 503. | | | | | Sold (part) | 12/04/18 | J | A | |
| 504. | | | | | Sold (part) | 12/17/18 | J | A | |
| 505.  Federated Instl TR (FIHLX) | A | Dividend | J | T | Sold (part) | 02/16/18 | J | A | |
| 506. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 507. | | | | | Sold (part) | 08/24/18 | J | A | |
| 508. | | | | | Sold (part) | 12/04/18 | J | A | |
| 509.  John Hancock Income Fund (JSTIX) | A | Dividend | J | T | Sold (part) | 01/17/18 | J | A | |
| 510. | | | | | Sold (part) | 02/28/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. John Hancock Fds II (JIPRX) (X) | A | Dividend | J | T | Sold (part) | 12/04/18 | J | A | |
| 512. | | | | | Sold (part) | 12/17/18 | J | A | |
| 513. iShares Tips Bonds ETF (TIP) | A | Dividend | J | T | Buy | 02/02/18 | J | | |
| 514. | | | | | Sold (part) | 03/01/18 | J | A | |
| 515. | | | | | Sold (part) | 03/20/18 | J | A | |
| 516. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 517. John Hancock Income Fund (JSNWX) (X) | A | Dividend | J | T | Sold (part) | 12/17/18 | J | A | |
| 518. JPMorgan TR II (JCBUX) | A | Dividend | K | T | Buy | 01/17/18 | J | | |
| 519. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 520. | | | | | Sold (part) | 02/28/18 | J | A | |
| 521. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 522. | | | | | Sold (part) | 12/04/18 | J | A | |
| 523. Lord Abbett Inv Tr (LOLDX) | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 524. | | | | | Sold (part) | 02/28/18 | J | A | |
| 525. | | | | | Sold | 03/19/18 | J | A | |
| 526. Mainstay Fds (MHYSX) | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 527. | | | | | Sold (part) | 02/01/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Sold | 02/16/18 | J | A | |
| 529.  Pimco Fds Pac Invt Mgmgt (PIGIX) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 530. | | | | | Sold (part) | 12/04/18 | J | A | |
| 531.  Pimco Total Return Fund (PTTRX) | A | Dividend | K | T | Buy (add'l) | 03/19/18 | J | | |
| 532. | | | | | Sold (part) | 12/04/18 | J | A | |
| 533. | | | | | Sold (part) | 12/17/18 | J | A | |
| 534.  Pimco Short Term Fund (PTSHX) | A | Dividend | J | T | Buy | 02/16/18 | J | | |
| 535. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 536. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 537. | | | | | Sold (part) | 12/04/18 | J | A | |
| 538.  Rowe T Price Intl Fds Inc (PRXIX) | A | Dividend | J | T | Sold (part) | 02/16/18 | J | A | |
| 539. | | | | | Sold (part) | 02/28/18 | J | A | |
| 540. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 541. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 542.  Rowe T Price New Income (PRXEX) | A | Dividend | L | T | Buy (add'l) | 01/17/18 | J | | |
| 543. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 544. | | | | | Sold (part) | 12/04/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  Vanguard Bond Index Fd (VBTLX) | A | Dividend | J | T | Buy | 10/05/18 | J | | |
| 546. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 547.  Vanguard Charlotte Fds (VTABX) | A | Dividend | L | T | | | | | |
| 548.  Vanguard Fixed Income (VFIDX) | A | Dividend | J | T | Buy (add'l) | 03/19/18 | J | | |
| 549. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 550.  Vanguard Short Term Bond (VBIRX | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 551. | | | | | Sold (part) | 02/01/18 | K | A | |
| 552. | | | | | Sold | 02/12/18 | J | A | |
| 553.  Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 06/14/18 | J | | |
| 554. | | | | | Sold (part) | 10/09/18 | J | A | |
| 555. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 556.  Vanguard Total (BNDX) | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 557. | | | | | Sold (part) | 03/01/18 | J | A | |
| 558. | | | | | Buy (add'l) | 03/20/18 | J | | |
| 559. | | | | | Sold (part) | 08/27/18 | J | A | |
| 560. | | | | | Sold (part) | 12/05/18 | J | A | |
| 561.  Brokerage #3 (SEP) (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 37 of 43

Name of Person Reporting

Fricke, Theresa L.

Date of Report

06/18/2019

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. JP Morgan Us Government Money Market Fund | A | Dividend | J | T | | | | | |
| 563. Blackrock Index Fds Inc (BTMKX) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 564. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 565. | | | | | Sold (part) | 08/15/18 | J | A | |
| 566. | | | | | Sold (part) | 12/05/18 | J | A | |
| 567. Brown Advisory Fds (BAFHX) (Y) | | | | | | | | | |
| 568. Causeway Cap Mgmt Tr (CIVIX) | A | Dividend | J | T | Sold (part) | 07/16/18 | J | A | |
| 569. | | | | | Sold (part) | 09/21/18 | J | A | |
| 570. | | | | | Sold (part) | 10/24/18 | J | A | |
| 571. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 572. Dodge & Cox Funds (DODFX) | A | Dividend | J | T | Sold (part) | 07/16/18 | J | A | |
| 573. | | | | | Sold (part) | 10/24/18 | J | A | |
| 574. Harris Assoc Invt Tr (OANMX) | A | Dividend | | | Sold (part) | 10/24/18 | J | A | |
| 575. | | | | | Sold | 12/05/18 | J | A | |
| 576. iShares Inc (EWJ) | A | Dividend | | | Buy (add'l) | 01/18/18 | J | | |
| 577. | | | | | Sold (part) | 06/19/18 | J | A | |
| 578. | | | | | Sold | 12/06/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. iShares MSCI EAFE ETF (EFA) | A | Dividend | | | Sold (part) | 06/19/18 | J | A | |
| 580. | | | | | Sold (part) | 07/17/18 | J | A | |
| 581. | | | | | Sold | 08/16/18 | J | A | |
| 582. JP Morgan Tr 1 US Equity Fd Class L (JUEMX) | A | Dividend | | | Sold (part) | 07/16/18 | J | A | |
| 583. | | | | | Sold (part) | 10/24/18 | J | B | |
| 584. | | | | | Sold | 12/05/18 | J | B | |
| 585. Fidelity Salem Str Tr (FXAIX) | A | Dividend | M | T | Buy | 02/12/18 | J | | |
| 586. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 587. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 588. JP Morgan Exchange (BBCA) | A | Dividend | J | T | Buy | 08/16/18 | J | | |
| 589. | | | | | Buy (add'l) | 10/25/18 | J | | |
| 590. JP Morgan Exchange (BBEU) | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 591. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 592. JP Morgan Exchange (BBJP) | A | Dividend | J | T | Buy | 07/17/18 | J | | |
| 593. | | | | | Buy (add'l) | 10/23/18 | J | | |
| 594. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 595. Massacusetts Investor Trust-CL 1 (MITIX) | A | Dividend | | | Sold (part) | 10/24/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 12/05/18 | J | B | |
| 597. MFS SER Tr I (MRSKX) | A | Dividend | J | T | Sold (part) | 09/21/18 | J | A | |
| 598. | | | | | Sold (part) | 10/24/18 | J | A | |
| 599. | | | | | Sold (part) | 12/05/18 | J | A | |
| 600. SPDR S&P 500 ETF Trust (SPY) | A | Dividend | | | Sold (part) | 01/18/18 | J | B | |
| 601. | | | | | Sold (part) | 07/17/18 | J | B | |
| 602. | | | | | Sold | 12/06/18 | M | E | |
| 603. Six Circles TR (CIUEX) | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 604. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 605. Six Cirlces TR (CUSUX) | A | Dividend | K | T | Buy | 10/23/18 | J | | |
| 606. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 607. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 608. Vanguard Index Tr (VFIAX) | A | Dividend | K | T | Buy (add'l) | 01/17/18 | J | | |
| 609. | | | | | Buy (add'l) | 07/16/18 | J | | |
| 610. | | | | | Buy (add'l) | 09/21/18 | J | | |
| 611. Blackrock High Yield Bond Portfolio Class (BRHYX) | A | Dividend | | | Sold | 02/21/18 | J | | |
| 612. Dodge & Cox Income Fund (DODIX) | A | Dividend | J | T | Sold (part) | 12/05/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Sold (part) | 12/18/18 | J | A | |
| 614. Federated Instl Tr High Yield Bd Fd (FIHLX) | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 615. John Hancock Income Fund Cl 1 (JSTIX) | A | Dividend | | | Sold | 01/17/18 | J | A | |
| 616. Pimco Fds Pac Invt Mgmt (PIGIX) | A | Dividend | J | T | Sold (part) | 12/05/18 | J | A | |
| 617. Pimco Short Term Fund Instl Cl ( PTSHX) | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 618. | | | | | Sold | 10/24/18 | J | A | |
| 619. Pimco Total Return Fund (PTTRX) | A | Dividend | J | T | Buy (add'l) | 12/05/18 | J | | |
| 620. | | | | | Sold (part) | 12/18/18 | J | A | |
| 621. Rowe T Price Intl Funds (PRXIX) | A | Dividend | | | Sold | 02/21/18 | J | A | |
| 622. Rowe T Price New Income (PRXEX) | A | Dividend | K | T | Buy | 01/17/18 | J | | |
| 623. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 624. | | | | | Buy (add'l) | 12/05/18 | J | | |
| 625. Vanguard Bond Index Fd (VBTLX) | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 626. | | | | | Sold (part) | 12/05/18 | J | A | |
| 627. Vanguard Charlotte Fds (VTABX) | A | Dividend | K | T | | | | | |
| 628. Vanguard Fixed Income (VFIDX) | A | Dividend | J | T | Buy (add'l) | 12/05/18 | J | | |
| 629. Vanguard Short Term Bond Fund Index (VBIRX) | A | Dividend | | | Sold | 01/17/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  Vanguard Short Term Bond (BSV) | A | Dividend | J | T | Buy | 06/19/18 | J | | |
| 631. | | | | | Sold (part) | 10/10/18 | J | A | |
| 632. | | | | | Sold (part) | 12/06/18 | J | A | |
| 633.  Vanguard Total (BNDX) | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 634. | | | | | Buy (add'l) | 12/06/18 | J | | |
| 635.  Principal Financial Group, Inc. (Whole Life Policy) | A | Dividend | K | T | | | | | |
| 636.  State Retirment PERS 2 (H) | | | | | | | | | |
| 637.  State of Washington Deparment of Retirement Systems | D | Interest | M | T | | | | | |
| 638.  Rental Property #1 1/3 Ownership (Tacoma, WA) | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

N =$250,001 - $500,000

| Name of Person Reporting | Date of Report |
|---|---|
| Fricke, Theresa L. | 06/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Fricke**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544